O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MABLE,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | CASE NO. CV 10-09676 SVW (RZ)<br><br>ORDER SUMMARILY DISMISSING ACTION WITHOUT PREJUDICE |

　　　　The Court will dismiss this putative 28 U.S.C. § 2241 petition summarily (albeit without prejudice) because Petitioner plainly seeks relief available only via a 28 U.S.C. § 2255 motion, which must be filed in Petitioner's criminal case in this Court.

　　　　After a bench trial in this Court before District Judge George P. Schiavelli on December 4, 2007, Petitioner Margaret Mable was convicted for conspiracy and passing stolen treasury checks. *See generally* docket in *United States v. Ray Pace, et al.*, No. CR 06-0869 R. Petitioner appealed. While her appeal was pending, Petitioner filed a motion challenging her conviction and/or sentence pursuant to 28 U.S.C. § 2255. The Court explained on April 15, 2009 that, because the case was on appeal, this Court lacked jurisdiction and thus dismissed the motion. Petitioner next filed two motions in the Ninth Circuit seeking leave to file a "successive" § 2255 motion. The Court of Appeals denied both motions, on June 2, 2009 and January 21, 2010. On both occasions, the appellate

court explained that Petitioner's motion was premature, for (a) her criminal appeal was still pending, and (b), "[u]pon resolution of the direct appeal, petitioner may, if appropriate, file a § 2255 motion in the district court."

Petitioner has now followed the Ninth Circuit's latter suggestions in substance, but in form she has invoked the wrong statute. The pleading before the Court is labeled as a habeas petition pursuant to 28 U.S.C. § 2241, but it is plainly a renewed § 2255 critique of her conviction and sentence akin to her dismissed challenges in 2009. She even advises that her prior § 2255 motion was "not denied" here – which is true, in the sense that it was not denied on its merits – in explaining why she has brought a § 2241 motion instead.

For the foregoing reasons, the Court DISMISSES this putative petition without prejudice to Petitioner's filing of a properly-captioned § 2255 motion before the sentencing judge.

DATED: 1/5/11

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented By:

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE